IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALEXANDER VELICHKO,

    Plaintiff,

v.                                  Civil Action No. 2:23-cv-00062 (EWH)

TRIBAL AXE, LLC,

    Defendant.

## **FINAL ORDER**

On June 22, 2023, Plaintiff filed a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                       /s/
                                                Elizabeth W. Hanes
                                                United States District Judge

Norfolk, Virginia
Dated: June 23, 2023